**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sonja D. Ogden                 CHAPTER 13
               Debtor(s)

                                                   BKY. NO. 20-10291 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Rebecca A. Solarz*
                                            Rebecca Solarz
                                            28 Oct 2020, 16:51:04, EDT

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322