## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sonja D. Ogden                                     Bankruptcy No. 20-10291

        Debtor                                                Chapter 13

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtor in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Modify the Plan Post Confirmation on or before January 4, 2021 which is more than twenty-one (21) days from when the Motion was served.

                                    S/Diana M. Dixon, Esq.
                                    Diana M. Dixon, Esq.