UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sonja D. Ogden            Bankruptcy No. 20-10291

Debtor            Chapter 13

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #37)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's First Modified Plan Post Confirmation (**Doc. # 34**) is **APPROVED**.

**Date:**
**Date: January 5, 2021**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE