United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10291-amc |
| Sonja D. Ogden | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID          Recipient Name and Address**
db                +  Sonja D. Ogden, 128 Engletown Road, Honey Brook, PA 19344-9068

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

**Name                              Email Address**

DIANA M. DIXON
    on behalf of Debtor Sonja D. Ogden dianamdixonesq@gmail.com

JEROME B. BLANK
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sonja D. Ogden                                    Bankruptcy No. 20-10291

        Debtor                                                                Chapter 13

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #37)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's First Modified Plan Post Confirmation (**Doc. # 34**) is **APPROVED**.

**Date:**
**Date: January 5, 2021**

        **Ashely M. Chan**
        **U.S. BANKRUPTCY JUDGE**