United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10291-amc |
| Sonja D. Ogden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

**Recip ID    Recipient Name and Address**
db           + Sonja D. Ogden, 128 Engletown Road, Honey Brook, PA 19344-9068

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

**Name**                **Email Address**

DIANA M. DIXON
                        on behalf of Debtor Sonja D. Ogden dianamdixonesq@gmail.com

JEROME B. BLANK
                        on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

MARIO J. HANYON
                        on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
                        on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
                        on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 16, 2021     Form ID: pdf900     Total Noticed: 1

WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**:  Sonja D. Ogden | Bankruptcy No. 20-10291 |
| Debtor | Chapter 13 |

ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$4,310.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,810.00,** which was paid by the Debtor prepetition.

4. Reimbursement of expenses in the amount of **$310.00** for the filing fee is allowed.

5. The total amount to be paid by the Trustee is **$2,500.00**.

6. If the Applicant has not already taken reimbursement of **$310.00** from amount paid by the Debtor to the Applicant prepetition (e.g. by transferring the filing fee amount from a trust account to an operating account), the Applicant is now authorized to do so.

Date:

**Date: February 16, 2021**

_____
**Judge Ashely M. Chan**
**United States Bankruptcy Judge**
**Robert N.C. Nix Building**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107-4299**