United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10291-amc |
| Sonja D. Ogden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonja D. Ogden, 128 Engletown Road, Honey Brook, PA 19344-9068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANA M. DIXON | on behalf of Debtor Sonja D. Ogden dianamdixonesq@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2021 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com　philaecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sonja D. Ogden                    Bankruptcy No. 20-10291

        Debtor                    Chapter 13

ORDER

**AND NOW,** this _____ day of _____, 2021 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2

It is Ordered that Fees in the amount of $750.00 are Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

**Date: March 12, 2021**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE