IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re**: Sonja D. Ogden :Bankruptcy No. 20-10291
        Debtor

    FREEDOM MORTGAGE COMPANY :Chapter 13
        Movant

        Vs.

    Sonja D. Ogden
        Debtor
  and Kenneth E. West, Esq.
        Trustee

### OBJECTION TO CERTIFICATION OF DEFAULT

Debtor objects to an entry of default. Debtor plans to resolve the arrears owed to Freedom Mortgage Corporation.

                                        **S/ Diana M. Dixon, Esq.**
                                            Diana M. Dixon, Esq.