**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re**:  Sonja D. Ogden | :Bankruptcy No. 20-10291 |
| Debtor | |
| | |
| FREEDOM MORTGAGE COMPANY | :Chapter 13 |
| Movant | |
| | |
| Vs. | |
| | |
| Sonja D. Ogden | |
| Debtor | |
| and Kenneth E. West, Esq. | |
| Trustee | |

### CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtor in the above-captioned matter; that on **August 8, 2022,** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did serve the Objection To Certification Of Default by regular mail or by electronic means to the following:

Kenneth E. West, Trustee
PO Box 40837
Philadelphia, PA  19107

Sonja D. Ogden
128 Engletown Road
Honey Brook, PA  19344

US Department of Justice
Office of the United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
ATTN: Rebecca A. Solarz, Esquire

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esquire</u>
**DIANA M. DIXON, Esquire**
**107 N. Broad St.**
**Suite 307**
**Doylestown, PA  18901**