UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sonja D. Ogden    Bankruptcy No. 20-10291

Debtor    Chapter 13

### ORDER

**AND NOW,** this  31st day of   August   , 2022, it is hereby **ORDERED** that the Motion to Withdraw the above case is approved and the case is dismissed.

_____
**United States Bankruptcy Judge
Ashely M. Chan**